IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACKIE D. GALLARDO**                                                                                    **PLAINTIFF**

v.                                      No: 4:23-cv-00468-JM-PSH

**Z LEMMONS,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Gallardo's claims against the Doe defendants are DISMISSED WITHOUT PREJUDICE.

DATED this 13th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE