## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JACKIE D. GALLARDO**                                                    **PLAINTIFF**

**v.**                                    **No: 4:23-cv-00468-JM**

**Z LEMMONS,** *et al.*                                              **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 7th day of November, 2023.


_____
UNITED STATES DISTRICT JUDGE